PATRICK A. WILLIAMS ET AL., *Respondents*, v. FESSEHA K. TILAYE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-14407-2, Cheryl B. Carey, J., entered July 9, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Spearman, J.

*In the Matter of the Marriage of* RYAN MICHAEL KEANE, *Appellant*, and NICOLE KEANE, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 08-3-00124-3, Alan R. Hancock, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Spearman, J.

*In the Matter of the Guardianship of* CHRISTINE W. SAVADKIN.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-4-01243-1, Jacalyn D. Brudvik, J. Pro Tem., entered September 22, 2009. *Remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ.